**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1012**

In re:  STEVE HALE,

        Petitioner.

On Petition for Writ of Mandamus.
(3:13-cr-00280-MOC-DSC-1; 3:18-cv-00383-MOC)

Submitted:  June 18, 2020                              Decided:  June 22, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Steve Hale, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Hale petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2018) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that on January 22, 2020, the district court denied relief on Hale's § 2255 motion. Accordingly, because the district court has recently decided Hale's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*